**FORM A**

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10  UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
2011 APR 25 PM 12:34
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

LORNE ARMSTRONG
_____

_____
(Full name of the Plaintiff(s) in this action)

v.

NBC UNIVERSAL INC.
_____

_____

_____

CIVIL ACTION NO. 1:11CV-67-M
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(X) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

I.  PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Lorne Armstrong

Place of Confinement: Luther Luckett Correctional Complex

Address: P.O. Box 6  LaGrange, KY 40031

Status of Plaintiff:  CONVICTED (X)  PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _NBC Universal Inc._ is employed as _television broadcaster_ at _NBC Universal Inc._.

The Defendant is being sued in his/her ( X ) individual and/or (___) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (✎) individual and/or (__) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES ( X ) NO ( __ )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _LORNE ARMSTRONG_

Defendant(s): _Commonwealth of Kentucky_

Court (if federal court, name the district. If state court, name the county):

_Warren County District Court_

Docket number: _07-CR-992_

Name of judge to whom the case was assigned: _Steve Wilson_

Type of case (for example, habeas corpus or civil rights action): _habeas corpus (Ineffective assistance of Counsel)_

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _still pending_

Approximate date of filing lawsuit: _October or November 2009?_

Approximate date of disposition: _unsure_

I also did the same with my federal case but was pro se and got turned down. It was at the same time I began my state case that I began my federal habeas corpus.

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1. Injury to Rights - On 10-18-2007 NBC held a sting in Bowling Green, Kentucky and had lured Lorne Armstrong to the sting house after Mr. Armstrong had already told them "no". Armstrong had begun talking to "decoy" on 9-17-07 in an "Adult" chatroom and tried to befriend her and protect her. They eventually convinced Armstrong to go to the sting house and was interviewed by Chris Hansen before being arrested by KBI (Kentucky Beareau of Investigation). The events from the sting has caused Armstrong to develop Depression and EDD (Emotional Distress Disorder) and was placed on Elavil, then Prozac and while at KSR (Kentucky State Reformatory) was placed in a special living unit to help deal with the new illnesses. NBC's actions from the sting on defendants birthday, October 18, 2007, as planned by NBC, has caused these mental and emotional conditions Armstrong now has.

2. Media Ride Along - On 10-18-2007, the media (NBC) was at the sting house, in the police car as they took me to the Sherriff's Department and at the search of my truck, recording without suspects knowledge that they would be present before signing the "consent to search" form. They were not to have

4

## III. STATEMENT OF CLAIM(S) continued

the media present in the police car on the way to the Sherriff's Department and at the search of suspects truck.

3. <u>Invasion of privacy</u> - On 10-18-07, media (NBC) was present and recording the interior of suspects truck during the search. They were also in suspects face with the camera with police consent during the search. Media was not suppose to be in suspects face with camera and was not suppose to be present and recording the interior of suspects truck.

4. <u>Unreasonable search & seizure</u> - On 10-18-07, the police had NBC present and recording the search of suspects truck without suspects consent and without informing suspect the media would be present and recording. Police were suppose to inform suspect of media being present before he signed the "consent to search" form but they never did.

5. <u>Overly intruding into law enforcement operation</u> - On 10-18-07, NBC persuaded Bowling Green Police Department or KBI (Kentucky Beareau of Investigation) to let them become active participants in the Bowling Green, Kentucky sting operation by letting Chris Hansen interview suspect before police arrested and interviewed and also to assist in getting footage for tv show "To Catch a Predator". Media (NBC) was present for commercial programming only.

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

6. Zones of Privacy - On 10-18-2007, while Lorne Armstrong was arrested, handcuffed and in the police car, NBC media was also in car recording him on camera. Also NBC camera was in Armstrong's face during the search of his truck to the point that camera almost touched his face. Media was not suppose to be as close to suspect as they were.

7. Harrassment - On unknown date to suspect, but after 10-18-07, NBC Dateline put a link on their website to Perverted Justices website so the public could see the conversation between suspect and "decoy". The conversation has yet to be removed. Armstrong is being harrassed in this manner.

8. Intentional Disclosure of Private Facts - On a date plaintiff does not recall, but 2 or 3 months after 10-18-07, NBC aired the segment of "To Catch a Predator" from the Bowling Green, Kentucky sting. On that segment NBC disclosed parts of conversation between suspect and "decoy". The conversation was part of the suspects criminal discovery and was suppose to be confidential information. Suspect had not been convicted of anything at the time. This violated suspects confidential right to confidentiality.

9. Intentional Intrusion on Right to be left alone - Between 9-17-07 and 10-18-07 suspect had told "decoy", "no", when she asked him about meeting in person. "Decoy" knew suspects vulnerability and continued to play on his

4

### III. STATEMENT OF CLAIM(S) continued

emotions and pressure him to go to the sting house. If not for the greed of NBC wanting ratings and Perverted Justice being paid by NBC then plaintiff would never have been caught up in the sting. Suspect/Plaintiff had already told "decoy", "no", to the meeting until she was 18 years of age. There was no need for "decoy" to continue pressuring him to meet.

10. Violating Journalistic Code of Ethics - On 10-18-2007, NBC showed no regard for any of the Journalistic Code of Ethics by producing the television show "To Catch a Predator". These Code of Ethics were made to help keep an honorable and respectable system within journalism. By violating these codes a journalist also violates a persons Constitutional rights to privacy.

11. Deliberate Indifference - On 10-18-2007, NBC persuaded police to engage in arrest tactics for dramatic effect to make sensational television footage, in a manner that broadcaster knew would humiliate suspect being arrested. Suspects rights were violated by turning an arrest into a staged performance for television entertainment.

12. Negligence - On 10-18-2007, NBC neglected all the civil rights violations that the show performed from the lawsuit by the sister of a victim of NBC's, that committed suicide because of "To Catch a Predator" show. NBC showed no care for the violations and performed another show in Bowling Green, Kentucky. This violated Constitutional rights of the new victims preyed upon by neglecting to care about civil rights.

5

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ 40,000,000 (fourty million dollars)

__X__ grant injunctive relief by taking all information about ARMSTRONG off their website and tv.

__X__ award punitive damages in the amount of $ 40,000,000 (fourty million dollars)

_____ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 21 day of April, 2011.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on April 21, 2011.

_____
(Signature)

6