## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT BOWLING GREEN

**LORNE LYNN ARMSTRONG**                                **PLAINTIFF**

**v.**                                **CIVIL ACTION NO. 1:11CV-P67-M**

**NBC UNIVERSAL INC.**                                **DEFENDANT**

### ORDER

      For the reasons set forth in the Memorandum Opinion and Order entered this date, and

being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims against Defendant

are **DISMISSED** pursuant to Fed. R. Civ. P. 12(b)(6).

      There being no just reason for delay, this is a final Order.

      The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for

the reasons set forth in the opinion.  *See* 28 U.S.C. § 1915(a)(3).

Date:  September 16, 2012

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

cc:    Plaintiff, *pro se*
       Counsel of record
4414.009