# United States District Court
# Western District of Kentucky
# at Bowling Green

## *APPEAL*
## *NOTICE OF DEFICIENCY*

| | |
|---|---|
| **TO:** | Lorne Armstrong, pro se |
| **CASE #:** | 1:11CV-P67-M |
| **STYLE OF CASE:** | Armstrong v. NBC Universal, Inc. |
| **DOCUMENT TITLE:** | Notice of Appeal (DN 35) |
| **DATE:** | 10/1/2012 |
| **BY:** | s/ Celia Furlong |
| | *DEPUTY CLERK* |

*Your Appeal has been filed.  However, please be advised that your file is deficient for the following reason(s).*

**A MOTION TO PROCEED** *in Forma Pauperis* **is required.  You must provide the information required by Federal Rule of Appellate Procedure 24(a)(1).  (A copy of Fed.R.App.P. 24(a)(1) and a Financial Affidavit are enclosed).**

**OR**

**PAY $ 455.00 FILING FEE.  To be paid in full.**

**YOU ARE GRANTED 30 DAYS FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.  FAILURE TO COMPLY WITHIN 30 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT**